**x - JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Great American Insurance Company, ) | Case No. CV  07-7584 DSF (ANx) |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGMENT OF DISMISSAL |
| ) | |
| Remediation Constructors, Inc., et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

The Court having previously issued an Order to Show Cause re Dismissal and Plaintiff not having shown a basis for subject matter jurisdiction,

IT IS ORDERED AND ADJUDGED that the Plaintiff take nothing, and that the action be dismissed without prejudice.

DATED:     January 16, 2008

_____
DALE S. FISCHER
United States District Judge